**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

ROBERT SHAUGHNESSY,

    Plaintiff,

v.                                           Case No:  6:23-cv-821-RBD-DCI

MAGICAL CRUISE COMPANY,
LIMITED,

    Defendant.
_____

**ORDER OF DISMISSAL**

Before the Court is Plaintiff's Notice of Voluntary Dismissal With Prejudice (Doc. 8), filed May 26, 2023.  No answer has been filed.  Accordingly, it is **ORDERED AND ADJUDGED** that this case is hereby **DISMISSED WITH PREJUDICE**.  The Clerk is directed to terminate all pending motions and close the file.

**DONE AND ORDERED** in Chambers in Orlando, Florida, on June 2, 2023.



ROY B. DALTON JR.
United States District Judge

Case 6:23-cv-00821-RBD-DCI   Document 9   Filed 06/02/23   Page 2 of 2 PageID 39